No. 510      June 3, 2026      353

*This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).*

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

Austin Matthew CHAN,
*Plaintiff-Respondent,*

*v.*

OREGON HEALTH AUTHORITY,
*Defendant-Appellant.*

Washington County Circuit Court
24CN04269; A186251 (Control)

Austin Matthew CHAN,
*Plaintiff-Respondent,*

*v.*

OREGON STATE HOSPITAL,
*Defendant-Appellant.*

Washington County Circuit Court
24CN04270; A186252

Rebecca D. Guptill, Judge.

Submitted April 10, 2026.

Dan Rayfield, Attorney General, Paul L. Smith, Solicitor General, and Jose Garcia-Fuerte, Assistant Attorney General, filed the brief for appellants.

No appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.*

PER CURIAM

Reversed. *Lopez v. Oregon State Hospital*, 342 Or App 190, 196-99, 575 P3d 1061 (2025).

_____

* Determined by a two-judge department as authorized by ORS 2.570(2)(b).